# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN SIMMONS, individually and on behalf of all others similarly situated and on behalf of the general public;<br><br>*Plaintiffs,*<br><br>v.<br><br>ISERVE RESIDENTIAL LENDING, LLC, an Arizona limited liability company; NATIONAL ASSET DIRECT, a Delaware corporation; GARY WILLIS; DOUGLAS WILSON; and DOES 1-100,<br><br>*Defendants.* | Case No. **8:12-cv-00229-JVS-MLG**<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS**<br><br>Date:  January 6, 2014<br>Time:  1:30 p.m.<br>Courtroom:  10C |

The Court has received and reviewed the application for final approval of the settlement of this class action and an award of plaintiff's attorneys fees and reimbursement of expenses.  In addition, the Court has received and reviewed the Joint Stipulation Of Class Action Settlement And Release ("Settlement Agreement").

ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS

8:12-cv-00229-JVS-MLG

GOOD CAUSE APPEARING, this Court makes the following ORDER:

1. The Class covered by this Order is defined as:

All individuals employed by Defendants as a Loan Originator, Loan Officer, or equivalent position at iServe Residential Lending LLC's Irvine branch ("CA17") at any time between January 10, 2008 through August 5, 2013.

2. The Settlement Agreement is granted final approval. It appears, and this Court finds, that the Settlement Agreement has no obvious defects, is fair, reasonable and adequate, was negotiated in good faith and at arms' length and is in the best interests of the Class as a whole. The Court further orders the parties to carry out the provisions of the Settlement Agreement.

3. The Court hereby grants and approves the application presented by Plaintiffs' Attorneys for an award of attorney's fees in the amount of $50,000.

4. The Court hereby grants and approves the application presented by Plaintiffs' Attorneys for reimbursement of expenses in the sum of $4,544.55. The Court notes and understands that a portion of this sum represents an estimate of future costs related to the administration of the Settlement Agreement, and orders that any such costs not incurred shall remain as a portion of the "Gross Settlement Sum" (as defined in Section IX, Paragraph 44 of the Settlement Agreement) and shall be available for distribution to Settlement Class Members in accordance with the terms of the Settlement Agreement.

5. The Court hereby grants and approves the application presented by Plaintiff for an enhancement award of $5,000.

ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS

8:12-cv-00229-JVS-MLG

6. The Court hereby grants and approves the application presented by Plaintiff for an award of $20,000.00 to Simpluris, Inc. for notice and claim administration expenses.

7. As of January 6, 2013, the Court hereby dismisses with prejudice all actions, complaints and claims and any lawsuit against iServe Residential Lending LLC, National Asset Direct, Inc. and/or the "Releasees" (as defined in Section XI, Paragraph (53) of the Settlement Agreement) arising out of, or related to, any of the causes of actions or events complained of in the Complaint filed herein.

8. As of January 6, 2013, the Court adjudges that:

(a) all Settlement Class Members are conclusively deemed to have released the Releasees Parties from the "Released Claims" (as defined in Section XI, Paragraphs 53-56 of the Settlement Agreement).

9. The Court bars and permanently enjoins each Settlement Class Member from prosecuting against the Releasees any and all of the settled claims which the Settlement Class Members have or may have in the future, arising out of, based upon, or otherwise related to any of the settled claims, or any of the allegations contained in the Litigation.

10. The Court bars and permanently enjoins each person in the Class who opted not to participate in the settlement from participating in any future class action regarding the claims raised in the Litigation.

11. The Court reserves continuing jurisdiction to enforce the terms of the Judgment.

IT IS SO ORDERED

DATED: January 14, 2014

_____
Honorable James V. Selna
Honorable Judge of the District Court

ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS

8:12-cv-00229-JVS-MLG

# **PROOF OF SERVICE**

State of California    )

County of Los Angeles  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On November 27, 2013, I served the within document(s):

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS JUDGMENT

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[xx] **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[xx] (Federal) I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.

Executed on November 27, 2013, at Los Angeles, California.

_____
Christine E. Tucker

# SERVICE LIST

Robert R. Roginson, Esq.
Barbara S. Van Ligten, Esq.
Andres C. Hurwitz, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive
Suite 300
Cerritos, California 90703-9364
Tel:  (562) 653-3200· (714) 826-5480
Fax:  (562) 653-3333
*Attorneys for Defendant ISERVE RESIDENTIAL LENDING, LLC*

2888-001

ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES AND EXPENSES, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS

8:12-cv-00229-JVS-MLG