JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN SIMMONS, individually and on behalf of all others similarly situated and on behalf of the general public;<br><br>*Plaintiffs,*<br><br>v.<br><br>ISERVE RESIDENTIAL LENDING, LLC, an Arizona limited liability company; NATIONAL ASSET DIRECT, a Delaware corporation; GARY WILLIS; DOUGLAS WILSON; and DOES 1-100,<br><br>*Defendants.* | Case No. 8:12-cv-00229-JVS-MLG<br><br>**JUDGMENT**<br><br>Date: January 6, 2014<br>Time: 1:30 p.m.<br>Courtroom: 10C |

The Court, on January 6, 2014, issued its Order Granting Final Approval of Class Settlement, Award of Attorney's Fees and Expenses, and Release of All Claims by Class Members ("Order Granting Final Approval") granting approval to the Class Action Settlement Agreement in this matter. The Court hereby ORDERS ENTRY OF JUDGMENT as follows:

1. The Class as to whom this judgment applies is defined as:

All individuals employed by Defendants as a Loan Originator, Loan Officer, or equivalent position at iServe Residential Lending LLC's Irvine branch ("CA17") at any time between January 10, 2008 through August 5, 2013.

2. No persons requested to be excluded from the settlement.

3. The parties shall comply with the terms and conditions of the Settlement Agreement and of the Order Granting Final Approval. Upon such compliance, and in accordance with the terms of the Order Granting Final Approval, the matter and the Complaint on file herein shall be dismissed in its entirety, with prejudice. The Court shall retain jurisdiction over the parties to enforce the terms of this Judgment.

DATED: January 14, 2014

Honorable James V. Selna
Honorable Judge of the District Court

# **PROOF OF SERVICE**

State of California  )

County of Los Angeles  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Ninth Floor, Los Angeles, California 90067. On November 27, 2013, I served the within document(s):

[PROPOSED] JUDGMENT

by placing a true copy thereof in sealed envelopes as stated on the attached mailing list.

[xx]  **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[xx]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2013, at Los Angeles, California.

_____
Christine E. Tucker

## SERVICE LIST

Robert R. Roginson, Esq.
Barbara S. Van Ligten, Esq.
Andres C. Hurwitz, Esq.
Atkinson, Andelson, Loya, Ruud & Romo
12800 Center Court Drive
Suite 300
Cerritos, California 90703-9364
Tel: (562) 653-3200· (714) 826-5480
Fax: (562) 653-3333
*Attorneys for Defendant ISERVE RESIDENTIAL LENDING, LLC*

2888-001